# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| **ASHER BRONSTIN, individually and on behalf of a class of all persons and entities similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **CAMELBACK ADMINISTRATIVE GROUP INC. and HOMESHIELD USA, LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. CV-26-01767-PHX-MTL |

## AFFIDAVIT OF SERVICE

I, David Del Castillo, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to HOMESHIELD USA, LLC in Orange County, CA on March 17, 2026 at 11:26 am at 114 Cruiser, Irvine, CA 92618-0832 by leaving the following documents with Allanah Jensen who as Registered Agent is authorized by appointment or by law to receive service of process for HOMESHIELD USA, LLC.

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; Civil Cover Sheet; NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

Additional Description:
Alannah Jensen.
Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.684924878,-117.7323552089
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Orange County_____ ,

___CA___ on ___3/18/2026_____ .

/s/ *David Del Castillo*
_____
Signature
David Del Castillo
+1 (949) 607-6572

Exhibit 1a)





Exhibit 1b)