# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | | |
|---|---|---|
| **ASHER BRONSTIN, individually and on behalf of a class of all persons and entities similarly situated,** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:26-cv-01767-MTL |
| | ) | |
| | ) | |
| **CAMELBACK ADMINISTRATIVE GROUP INC. and** | ) | |
| **HOMESHIELD USA, LLC** | ) | |
| | ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Tammy Tindall, state:

I am an Arizona private process server in good standing, MC8300. I am 21 years or older and not a party to this action.

I served the following documents to CAMELBACK ADMINISTRATIVE GROUP INC. in Maricopa County, AZ on March 19, 2026 at 1:46 pm at 8825 N 23rd Ave, Ste 100, Phoenix, AZ 85021-4148 by leaving the following documents with Mike Vernon who as Service of Process coordinator at InCorp is authorized by appointment or by law to receive service of process for CAMELBACK ADMINISTRATIVE GROUP INC..

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT
Race: White, Sex: Male, Est. Age: 55-64, Hair: Brown, Glasses: Y, Est. Weight: 260 lbs to 280 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.5654020803,-112.1077844101
Photograph: See Exhibit 1

Total Cost: $110.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Maricopa County           ,

   AZ    on   3/19/2026    .

/s/ *Tammy Tindall*

Signature
Tammy Tindall
+1 (602) 463-0607



Exhibit 1a)