SHARON A. URIAS (SBN 016970)
NATHAN M. GALLINAT (SBN 035335)
**GREENSPOON MARDER LLP**
8585 E. Hartford Drive, Ste. 700
Scottsdale, AZ  85255
Tel.  480.306.5458
Email:  sharon.urias@gmlaw.com
Email: nathan.gallinat@gmlaw.com

JEFFREY GILBERT (*Pro Hac Vice  to be Filed*)
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL  33131
Tel. 305.789.2761
Email: jeffrey.gilbert@gmlaw.com
Email: melissa.fernandez@gmlaw.com

*Attorneys for Defendants Camelback
Administrative Group Inc. and Homeshield
USA, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Asher Bronstin, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Camelback Administrative Group Inc. and Homeshield USA, LLC,<br><br>Defendants. | Case No.: 2:26-cv-01767-MTL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF ASHER BRONSTIN'S CLASS ACTION COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>(Assigned to the Honorable Michael T. Liburdi) |

Pursuant to L.R.Civ. 7.3, Defendants Camelback Administrative Group Inc. ("Camelback") and Homeshield USA, LLC ("Homeshield"), (collectively, "Defendants") and Plaintiff Asher Bronstin ("Plaintiff"), by and through undersigned counsel, hereby stipulate to an extension of time for Defendants to respond to Plaintiff's Class Action Complaint ("Complaint") (Doc. 1) by April 30, 2026.

-1-

WHEREAS on March 17, 2026, Homeshield was served with the Summons and Complaint (Doc. 6);

WHEREAS on March 19, 2026, Camelback was served with the Summons and Complaint (Doc. 7);

WHEREAS the current deadline for Homeshield to file its responsive pleadings to Plaintiff's Complaint is April 7, 2026, and the current deadline for Camelback to file its responsive pleadings is April 9, 2026;

WHEREAS Defendants require additional time to assess the relevant facts and evidence, review the relevant documentation and factual allegations in the Complaint, analyze the claims to formulate defenses to be included in their responses, and conduct substantive legal research on the case law and statutes cited in the Complaint;

WHEREAS the parties now stipulate that Defendants' time to respond to the Complaint should be extended to April 30, 2026.

NOW THEREFORE, the parties respectfully request an order granting Defendants an extension of time until April 30, 2026 to respond to Plaintiff's Complaint.

DATED:  April 7, 2026

**RESPECTFULLY SUBMITTED,**

**GREENSPOON MARDER LLP**

*/s/ Sharon A. Urias*

Sharon A. Urias, Esq.
Nathan M. Gallinat, Esq.
8585 E. Hartford Drive, Suite 700
Scottsdale, Arizona 85255

*Attorneys for Defendants Camelback Administrative Group Inc. and Homeshield USA, LLC*

-2-

**PERRONG LAW LLC**

*/s/ Andrew Perrong*

Andrew Perrong
2657 Mount Carmel Avenue
Glenside, PA 19038

*Attorney for Plaintiff Asher Bronstin*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/ Marlee Grayson*