**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Asher Bronstin, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Camelback Administrative Group Inc. and Homeshield USA, LLC,<br><br>Defendants. | Case No.: 2:26-cv-01767-MTL<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF ASHER BRONSTIN'S CLASS ACTION COMPLAINT**<br><br>**FIRST REQUEST** |

The Court, having considered Defendants Camelback Administrative Group Inc. and Homeshield USA, LLC (collectively, "Defendants") and Plaintiff Asher Bronstin ("Plaintiff")'s Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Complaint (Doc. 1), and for good cause appearing:

IT IS HEREBY ORDERED that Defendants Camelback Administrative Group Inc. and Homeshield USA, LLC shall respond to Plaintiff's Complaint on or before April 30, 2026.

-1-