Andrew Perrong
Counsel for Plaintiff
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue

Glenside, PA 19038
Telephone: (215) 225-5529

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF ARIZONA

| | |
|---|---|
| ASHER BRONSTIN, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:26-cv-01767 |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| vs. | |
| CAMELBACK ADMINISTRATIVE GROUP INC. and HOMESHIELD USA, LLC | |
| Defendants. | |

## <u>NOTICE OF DISMISSAL</u>

Plaintiff Asher Bronstin, by his undersigned counsel, hereby voluntarily

dismisses this action, without prejudice, with each party to bear its own fees and

costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

Dated:  April 30, 2026

/s/ Andrew Perrong

Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue

Glenside, PA 19038
Telephone: (215) 225-5529
*Subject to Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: April 30, 2026

/s/ Andrew Roman Perrong

Andrew Roman Perrong, Esq.